**Charles D. GRIFFIN, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2006–3319.

United States Court of Appeals, Federal Circuit.

May 2, 2007.

Charles D. Griffin, pro se.

ON MOTION

TIMOTHY B. DYK, Circuit Judge.

*ORDER*

Charles D. Griffin moves to reinstate his petition.

On November 16, 2006, the court dismissed Griffin's petition for failure to file his brief. Griffin has now filed his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate is recalled, the court's November 16, 2006 dismissal order is vacated, and the petition is reinstated.

(2) The Department's brief is due within 40 days from the date of filing of this order.

**Marc T. BELHUMEUR, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2007–3153.

United States Court of Appeals, Federal Circuit.

May 2, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).